DAVID J. MARTIN, ESQ.
DAVID J. MARTIN PLLC
NEVADA BAR NO. 9117
304 S. JONES BLVD, #4461
LAS VEGAS, NEVADA 89017
(t) 919-348-5152
David@djmartinlawnc.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS,<br><br>    Plaintiff,<br><br>v.<br><br>P9, LLC.,<br><br>    Defendant. | Case No.: 2:23-cv-01500-RFB-VCF<br><br>**STIPULATION FOR PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff WILLIAM EDDINS, by and through his counsel of record, and Defendant P9, LLC, by and through its counsel of record, stipulates to Plaintiff's voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

Page 1 of 2

IT IS STIPULATED that Plaintiff will voluntarily dismiss this matter with prejudice pursuant to 41(a)(1)(A)(ii).

Dated this 2nd day of July 2024

/s/ David J Martin
David J. Martin
David J. Martin PLLC
304 S. Jones Blvd, #4661
Las Vegas, Nevada 89017
Attorney for Plaintiff

/s/ Christopher Hanley
Christopher Hanley
Hanley Law Firm
2300 W. Sahara Ave, Suite 800
Las Vegas, Nevada 89102
Attorney for Defendant

IT IS SO ORDERED

IT IS FURTHER ORDERED that all pending motions are dismissed without prejudice. The Clerk of Court is instructed to close the case.

Entered this 8th day of July 2024

_____
Hon. Richard F. Boulware, II
United States District Court
District of Nevada